01
02
03
04
05
06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 13-419
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   DETENTION ORDER
11  FRANCISCO CRUZ-MENDOZA,                )
                                           )
12          Defendant.                     )
    _____    )

13

14  Offense charged:       Illegal Reentry after Deportation

15  Date of Detention Hearing:    August 27, 2013.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          1.      Defendant is reportedly a citizen of Mexico.

DETENTION ORDER
PAGE -1

01        2.      The United States alleges that his presence in this country is illegal.   There is an

02   immigration detainer pending against him.   The issue of detention in this case is therefore

03   essentially moot, as the defendant would be released to immigration custody if not detained in

04   this case.

05        3.      Defendant and his counsel offer no opposition to entry of an order of detention.

06        4.      Upon advice of counsel, defendant declined to be interviewed by Pretrial

07   Services.   Therefore, there is limited information available about him.

08        5.      There does not appear to be any condition or combination of conditions that will

09   reasonably assure the defendant's appearance at future Court hearings while addressing the

10   danger to other persons or the community.

11   It is therefore ORDERED:

12        1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

13           General for confinement in a correction facility separate, to the extent practicable, from

14           persons awaiting or serving sentences or being held in custody pending appeal;

15        2.   Defendant shall be afforded reasonable opportunity for private consultation with

16           counsel;

17        3.   On order of the United States or on request of an attorney for the Government, the

18           person in charge of the corrections facility in which defendant is confined shall deliver

19           the defendant to a United States Marshal for the purpose of an appearance in connection

20           with a court proceeding; and

21        4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22           for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01   Officer.

02   DATED this <u>27th</u> day of August, 2013.

04                                     Mary Alice Theiler
05                                     Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3